**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>SAID KHOSROWSHAHI,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 25-00438-ELG |
| VANTAGE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAID KHOSROWSHAHI,<br><br>Defendant. | ADVERSARY PROCEEDING<br><br>NO. 26-10004-ELG |

**DEFENDANT SAID KHOSROWSHAHI'S MOTION TO**
**<u>EXTEND THE SCHEDULING ORDER FOR GOOD CAUSE</u>**

Defendant Said Khosrowshahi respectfully requests this Honorable Court extend the Scheduling Order for the Adversary Proceeding two weeks to permit additional time for Mr. Khosrowshahi to propound discovery to Vantage Systems, Inc. ("Vantage"). This request is due to an extraordinary series of medical emergencies involving counsel's wife. At present, discovery must be served today. In the last month, counsel's wife has been hospitalized four times for serious conditions, and Fairfax Hospital discharged her last week. In support of this motion, Mr. Khosrowshahi states as follows:

1. Undersigned counsel solely represents Mr. Khosrowshahi in the adversary proceeding.

2. Over the past month, counsel's wife was hospitalized for a closed head wound, open head wound, stomach distress, and a car accident. She was hospitalized for a week at Fair Oaks Hospital in early October and at Fairfax Hospital through last week. She is recovering, but is unable to receive the best possible care at home

3. As of last week, she has been transferred to an out-of-state location for at least four to eight weeks of treatment. Counsel regularly makes the three-hour round trip to assist in and support her recovery.

4. Counsel requires the extra time to discharge his personal and professional obligations, including his obligations to this Court and his other clients with pending deadlines.

5. In view of the Scheduling Order for the Adversary Proceeding, an extension through November 15, 2026 to propound discovery will not cause any prejudice to Vantage and will require changing the fact discovery deadline from November 30 to December 15, 2026.

6. On the other hand, without the extension, undersigned counsel will be unable to complete his personal obligations to his family and his outstanding professional obligations to, *inter alia*, the parties and the Court. Mr. Khosrowshahi will be prejudiced by the compressed time schedule.

7. Pursuant to the Court's rules, Mr. Khosrowshahi sought consent to the extension from Mr. Alexander, counsel to Vantage. Mr. Alexander has not yet responded.

**WHEREFORE**, Defendant Khosrowshahi respectfully requests the within Motion be granted. A proposed form of Order is filed herewith.

October 30, 2026

Respectfully submitted,

Steven Oster

Steven M. Oster
DC Bar No. 376030
OSTER LAW FIRM
1320 19TH Street NW, Suite 800
202.596.5291 (office)
703.577.8785 (mobile)
202.747.5862 (fax)
steve@osterlawfirm.com

*Counsel to Defendant Said Khosrowshahi*

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion was filed using the Court's CM/ECF system and thereby serving counsel of record.

October 30, 2026

Steven Oster

Steven M. Oster