**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>SAID KHOSROWSHAHI,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 25-00438-ELG |
| VANTAGE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAID KHOSROWSHAHI,<br><br>Defendant. | ADVERSARY PROCEEDING<br><br>NO. 26-10004-ELG |

[PROPOSED] ORDER

This matter having come before the Court on Defendant Khosrowshahi's Motion to extend the due date for propounding discovery in the Scheduling Order, it is the opinion of this Court that the Motion should be **GRANTED**; accordingly, it is

**ORDERED** that the deadline for fact discovery is extended to and including December 15, 2026.

Signed and Dated Above.